UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

14-30030

# CHAPTER 13 PLAN
# AND RELATED MOTIONS

Name of Debtor(s):   **Calvin Darnell Green**
**Kyona Jamillah Green**                Case No:

This plan, dated **January 3, 2014**, is:

- ■ the *first* Chapter 13 plan filed in this case.
- ☐ a modified Plan, which replaces the
  ☐confirmed or ☐unconfirmed Plan dated .

Date and Time of <u>Modified Plan</u> Confirming Hearing:

Place of <u>Modified Plan</u> Confirmation Hearing:

The Plan provisions modified by this filing are:

Creditors affected by this modification are:

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$21,893.10**
Total Non-Priority Unsecured Debt: **$77,244.31**
Total Priority Debt: **$666.00**
Total Secured Debt: **$10,538.00**

14-30030

1. **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of **$200.00 Monthly for 44 months**. Other payments to the Trustee are as follows:   **NONE**   . The total amount to be paid into the plan is $   **8,800.00**   .

2. **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A. **Administrative Claims under 11 U.S.C. § 1326.**

        1. The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
        2. Debtor(s)' attorney will be paid $   **2,991.00**   balance due of the total fee of $   **3,000.00**   concurrently with or prior to the payments to remaining creditors.

    B. **Claims under 11 U.S.C. §507.**
    The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | 666.00 | Prorata 5 months |
| **Internal Revenue Service** | **Taxes and certain other debts** | 0.00 | Prorata 0 months |

3. **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A. **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

    This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
    The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| -NONE- | | | | |

    B. **Real or Personal Property to be Surrendered.**

    Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| -NONE- | | | |

14-30030

C. **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| **Central Furniture Company, Inc** | **Kitchen Cabinet** | 25.00 | |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

D. **Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| **Central Furniture Company, Inc** | **Kitchen Cabinet** | 180.00 | 4.25% | Prorata 2 months |

E. **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

4. **Unsecured Claims.**

   A. **Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately __**5**__ %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately __**0**__ %.

   B. **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

**5.** **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

    **A.** **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Credit Acceptance** | **2004 Toyota Sequoia** | **313.00** | **0.00** | **0%** | **0 months** | |

    **B.** **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

    **C.** **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt& Est. Term** |
|---|---|---|---|---|
| **-NONE-** | | | | |

**6.** **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

    **A.** **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| **-NONE-** | |

    **B.** **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| **-NONE-** | | | | |

14-30030

**7.    Liens Which Debtor(s) Seek to Avoid.**

    **A.    The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

    **B.    Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

**8.    Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

**9.    Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.    Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**11.    Other provisions of this plan:**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

**Signatures:**                                                                                                    14-30030

Dated:  **January  3, 2014**

| | |
|---|---|
| **/s/ Calvin Darnell Green** | **/s/ Jessica L. Fellows for America Law Group, Inc.** |
| **Calvin Darnell Green** | **Jessica L. Fellows for America Law Group, Inc. 8209** |
| **Debtor** | **Debtor's Attorney** |
| **/s/ Kyona Jamillah Green** | |
| **Kyona Jamillah Green** | |
| **Joint Debtor** | |

**Exhibits:**     Copy of Debtor(s)' Budget (Schedules I and J);
              Matrix of Parties Served with Plan

Certificate of Service

I certify that on   **January  3, 2014**  , I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ Jessica L. Fellows for America Law Group, Inc.**
**Jessica L. Fellows for America Law Group, Inc. 8209**
Signature

**America Law Group, Inc. dba Debt Law Group**
**2800 N. Parham Road, Ste. 100**
**Henrico, VA 23294**
Address

**804-308-0051**
Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

14-30030

Fill in this information to identify your case:

Debtor 1: **Calvin Darnell Green**

Debtor 2: **Kyona Jamillah Green**
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income                                                                                              12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | Pipe Fitter Foreman | |
| **Employer's name** | Fire & Life Safety America | |
| **Employer's address** | 3017 Vernon Rd, Ste 100<br>Henrico, VA 23228 | |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | $ 3,467.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 550.00 | +$ 0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | $ 4,017.00 | $ 0.00 |

Official Form B 6I                                                   **Schedule I: Your Income**                                                   page 1

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Debtor 1 **Calvin Darnell Green** | | | |
| | Debtor 2 **Kyona Jamillah Green** | Case number (*if known*) | | 14-30030 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ **4,017.00** | $ **0.00** |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | | 5a. | $ **679.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | | 5b. | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | | 5c. | $ **42.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | | 5d. | $ **21.00** | $ **0.00** |
| | 5e. **Insurance** | | 5e. | $ **390.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: **Dent** | | 5h.+ | $ **65.00** + | $ **0.00** |
| | **Vis** | | | $ **21.00** | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ **1,218.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $ **2,799.00** | $ **0.00** |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | | 8b. | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | | 8d. | $ **0.00** | $ **1,603.00** |
| | 8e. **Social Security** | | 8e. | $ **0.00** | $ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Food Stamps** | | 8f. | $ **0.00** | $ **208.00** |
| | 8g. **Pension or retirement income** | | 8g. | $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: **Prorated Tax Refund** | | 8h.+ | $ **0.00** + | $ **293.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ **0.00** | $ **2,104.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ **2,799.00** + $ **2,104.00** | = $ **4,903.00** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____      11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies      12. $ **4,903.00**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

14-30030

Fill in this information to identify your case:

Debtor 1 **Calvin Darnell Green**

Debtor 2 **Kyona Jamillah Green**
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
   MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses                                                                                       12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ■ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **9** | ☐ No  ■ Yes |
| **Daughter** | **14** | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                                                                    4. $          **1,100.00**

   **If not included in line 4:**

   4a.  Real estate taxes                                                                 4a. $              **0.00**
   4b.  Property, homeowner's, or renter's insurance                                      4b. $             **20.00**
   4c.  Home maintenance, repair, and upkeep expenses                                     4c. $              **0.00**
   4d.  Homeowner's association or condominium dues                                       4d. $              **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans          5. $              **0.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Calvin Darnell Green** | | **14-30030** |
| Debtor 2 | **Kyona Jamillah Green** | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **280.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **175.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **200.00** |
| | 6d. | Other. Specify: **Cable/Internet** | 6d. $ | **130.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **900.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **120.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **200.00** |
| 10. | **Personal care products and services** | | 10. $ | **120.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **240.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **455.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **150.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Tax** | | 16. $ | **20.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **313.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Storage Unit** | | 21. +$ | **80.00** |
| | **Emergency Funds** | | +$ | **100.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **4,703.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,903.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **4,703.00** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **200.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

Official Form B 6J                **Schedule J: Your Expenses**                page 2

A Vaden Padgett, MD
1508 Willow Lawn Dr., Ste. 117
Richmond, VA 23230

BCC Financial Management Serv
PO Box 590067
Fort Lauderdale, FL 33359-0067

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

14-30030

Aflac
Worldwide Headquarters
1932 Wynnton Rd
Columbus, GA 31999

Berks Credit & Coll
555 Van Reed Rd
Wyomissing, PA 19610

Capital Recovery Service
PO Box 1170
Fairfax, VA 22038

Afni Inc
1310 Martin Luther King Dr.
PO Box 3517
Bloomington, IL 61702-3517

Berks Credit and Collection
PO Box 329
Temple, PA 19560

Central Furniture Company, Inc
3700 Mechanicsville Tnpk
Richmond, VA 23223

Afni, Inc.
404 Brock Dr.
PO Box 3427
Bloomington, IL 61702-3427

Bon Secours
PO Box 28538
Henrico, VA 23228

Check'n'Go
6856 Midlothian Turnpike
Richmond, VA 23225

Allgate Financial Llc
130 S Jefferson St Ste 1
Chicago, IL 60661

Bon Secours Memorial Regional
8260 Atlee Road
Mechanicsville, VA 23116

Comcast
5401 Staples Mill Road
Henrico, VA 23228-5421

Allied Cash Advance
71 S Airport Dr. Unit 2
Henrico, VA 23075

Bon Secours Phys Prac
Crossridge Peds
7229 Forest Ave, Ste 110
Richmond, VA 23226

Commonwealth Radiology, PC
1508 Willow Lawn Drive
Suite 117
Richmond, VA 23230-3421

Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH 43231

Bon Secours Physicians Practic
7001 Forest Ave.
Richmond, VA 23230

Continental Emergency Services
111 Bulifants Blvd
Suite B
Williamsburg, VA 23188-5711

Anderson Financial Services
Loan Max
4802 S Laburnum Ave
Henrico, VA 23231

Bon Secours Richmond Health
PO Box 28538
Henrico, VA 23228

Convergent Outsourcing
10750 Hammerly Blvd #200
Houston, TX 77043

Anesthesia Associates ofRchmnd
PO Box 17978
Richmond, VA 23226-7978

Bon Secours Richmond Hlth Sys
PO Box 28538
Henrico, VA 23228

Convergent Outsourcing Inc
800 SW 39th St
PO Box 9004
Renton, WA 98057

Argent Credit Union
PO Box 72
Chesterfield, VA 23832

Bon Secours-Memorial Regional
PO Box 843356
Boston, MA 02284

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield, MI 48034

Credit Adjustment Board
re: West End Anesthesia Group
306 East Grace St.
Richmond, VA 23219

Fredericksburg Credit Bureau
10506 Wakeman Drive
Fredericksburg, VA 22407

Horizon Fin
8585 Broadway #88
Merrillville, IN 46410

Credit Adjustment Board
306 East Grace St.
Richmond, VA 23219

Friedmans Jewelers
Attn: Bankruptcy Dept
4095 Avenida De La Plata
Ocean Side, CA 92056

Horizon Financial Management
8585 S Broadway, Ste 880
Merrillville, IN 46410-5661

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Gold's Gym
8904 West Broad St
Henrico, VA 23294

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

DirectTV
attn: Bankruptcy Claims
PO Box 6550
Englewood, CO 80155-6550

Golds Gym
7368 Bell Creek Rd
Mechanicsville, VA 23111

Internal Revenue Service
400 N. 8th Street Box 76
Stop Room #98
Richmond, VA 23219

Eastern Account System Inc.
Attn: Bankruptcy Dept.
PO Box 837
Newtown, CT 06470

Gunst Properties LLC
8545 Patterson Ave
Suite 102
Henrico, VA 23229

Kamco Svcs
7138 Duffie Drive
Williamsburg, VA 23185

ER Solutions
Convergent Outsourcing Inc.
PO Box 9004
Renton, WA 98057

Hanover Anasthesia Group
8260 Atlee Rd
Mechanicsville, VA 23116

Kool Smiles
1090 Northchase Pkwy SE
Suite 290
Marietta, GA 30067

Fair Oaks Apartments
400 Airport Court
Henrico, VA 23075

Hanover Anesthesia Group
5855 Bremo Rd, Ste 100
Richmond, VA 23226

Kool Smiles
3824 Mechanicsville Turnpik
Richmond, VA 23223

First Credit Services
One Woodbridge Cntr, Ste 410
Woodbridge, NJ 07095-1304

Henry Briggs & Associates Inc.
2912 W Moore St.
Richmond, VA 23230

LabCorp
PO Box 2240
Burlington, NC 27216-2240

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Hertz Rent-A-Car
8021 W Broad St
Henrico, VA 23294

Laburnum Medical Center
7229 Forest Ave
Suite 110
Richmond, VA 23226

Focus Recovery Solutions
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236

Home Decor Liquidations
4909 West Marshall
Richmond, VA 23230

Laburnum Medical Center
7007 Harbour View Blvd
Suite 108
Suffolk, VA 23435

| | | |
|---|---|---|
| LCA Collections<br>PO Box 2240<br>Burlington, NC 27216-2240 | Northland Group, Inc.<br>PO Box 390846<br>Mail Code SHT34<br>Minneapolis, MN 55439 | Receivables Management System<br>PO Box 8630<br>Richmond, VA 23226 |
| Lee Davis Pediatrics<br>7229 Forest Ave<br>Suite 110<br>Richmond, VA 23226 | OB-GYN Associates<br>7601 Forest Ave, Ste 228<br>Henrico, VA 23229-4933 | Receivables Management System<br>7206 Hull Street<br>Suite 211<br>Richmond, VA 23235-5826 |
| Memorial Regional Medical Cent<br>8260 Atlee Road<br>Mechanicsville, VA 23116 | Patient First<br>PO Box 758941<br>Baltimore, MD 21275 | Results Unlimited Inc.<br>attn: Accounting Dep't<br>244 Mustang Trail, Suite 8<br>Virginia Beach, VA 23452 |
| MiraMed Revenue Group<br>991 Oak Creek Dr.<br>Lombard, IL 60148-6408 | Patient First<br>3500 Cox Road, Suite 100<br>Glen Allen, VA 23060 | Richmond Eye Associates<br>Dr. Malcolm Magovern<br>4600 Cox Rd, Ste 120<br>Glen Allen, VA 23060 |
| Monument Pathologists<br>PO Box 5468<br>Martinsville, VA 24115-5468 | Pmab Llc<br>5970 Fairview Rd Ste 800<br>Charlotte, NC 28210 | Richmond Eye Associates<br>Dr. Harold Bernstein<br>4600 Cox Rd, Ste 120<br>Glen Allen, VA 23060 |
| Monument Pathologists<br>PO Box 5468<br>Martinsville, VA 24115 | PMAB LLC<br>PO Box 12150<br>Charlotte, NC 28220-2150 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 |
| Nancy Armstrong, MD<br>7603 Forest Ave #403<br>Henrico, VA 23229 | Pmab Srvc<br>5970 Fairview Rd Ste 800<br>Charlotte, NC 28210 | Schettine & Nguyen, PLC<br>10 South 23rd Street<br>Richmond, VA 23223 |
| National Credit Adjusters<br>PO Box 3023<br>327 W 4th St<br>Hutchinson, KS 67504-3023 | Progressive Finance<br>11629 South 700 East<br>Suite 250<br>Draper, UT 84020 | Sprint<br>Attn: Bankruptcy Dept<br>4900 W. 95th Street<br>Oak Lawn, IL 60453 |
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Radiology Associates of Rchmnd<br>2602 Buford Road<br>Richmond, VA 23235 | Systems & Services Technology<br>4315 Pickett Rd<br>PO Box 3999<br>Saint Joseph, MO 64503 |
| Nicholas Financial Inc<br>2454 Mcmullen Booth Road<br>Clearwater, FL 34619 | Receivable Management<br>PO Box 17305<br>Richmond, VA 23226 | T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015-5341 |

The Park on Candler
2571 Candler Road
Decatur, GA 30032

14-30030

Transworld Systems Inc
507 Prudential Rd
Horsham, PA 19044


Tuckahoe Orthopaedic Associate
PO Box 71690
Henrico, VA 23255


United Consumers
PO Box 4466
Woodbridge, VA 22194-4466


VCU Health System -- MCV Hosp.
Set-off Debt Section
PO Box 980462
Richmond, VA 23298-0462


Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304


W Baxter Perkinson
1612 Huguenot Rd
Midlothian, VA 23113


West End Orthopaedic Clinic
PO Box 35725
Richmond, VA 23235-0725


Wilber Law Firm
PO Box 2155
Bloomington, IL 61702