B9I (Official Form 9I) (Chapter 13 Case) (12/12)          Case Number 14–30030–KRH

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on January 3, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Calvin Darnell Green<br>1401 Green Pasture Rd.<br>Sandston, VA 23150 | Kyona Jamillah Green<br>aka Kyona J Green, aka Kyona J Moyer–Green<br>1401 Green Pasture Rd.<br>Sandston, VA 23150 |
| Case Number:   14–30030–KRH<br>Office Code:   3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–5852<br>xxx–xx–9028 |
| Attorney for Debtor(s) (name and address):<br>Jessica L. Fellows<br>America Law Group Inc.<br>2800 N. Parham Road<br>Suite 100<br>Henrico, VA 23294<br>Telephone number:  (804) 308–0051 | Bankruptcy Trustee (name and address):<br>Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218<br>Telephone number:  (804) 237–6800 |

### Meeting of Creditors
Date: **February 20, 2014**      Time: **09:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit): **May 21, 2014**     For a governmental unit: **July 2, 2014**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:  April 21, 2014**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:
Date: **March 19, 2014**      Time: **09:10 AM**
Location: **Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>701 East Broad Street<br>Richmond, VA 23219 | For the Court:<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  January 6, 2014 |

## EXPLANATIONS      B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** <br> *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                            United States Bankruptcy Court
                               Eastern District of Virginia
In re:                                                              Case No. 14-30030-KRH
Calvin Darnell Green
Kyona Jamillah Green                                                Chapter 13
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0422-7          User: mullert                Page 1 of 3         Date Rcvd: Jan 06, 2014
                              Form ID: B9I                 Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2014.
db/jdb         +Calvin Darnell Green,    Kyona Jamillah Green,    1401 Green Pasture Rd.,    Sandston, VA 23150-1005
12155539       +A Vaden Padgett, MD,    1508 Willow Lawn Dr., Ste. 117,    Richmond, VA 23230-3421
12155540       +Aflac,   Worldwide Headquarters,    1932 Wynnton Rd,    Columbus, GA 31999-0001
12155543       +Allgate Financial Llc,    130 S Jefferson St Ste 1,    Chicago, IL 60661-3626
12155544       +Allied Cash Advance,    71 S Airport Dr. Unit 2,    Henrico, VA 23075-2013
12155545       +Allied Interstate,    3000 Corporate Exchange Dr,    Columbus, OH 43231-7684
12155546       +Anderson Financial Services,    Loan Max,   4802 S Laburnum Ave,     Henrico, VA 23231-2714
12155547        Anesthesia Associates ofRchmnd,    PO Box 17978,    Richmond, VA 23226-7978
12155548       +Argent Credit Union,    PO Box 72,   Chesterfield, VA 23832-0900
12155549        BCC Financial Management Serv,    PO Box 590067,    Fort Lauderdale, FL 33359-0067
12155550       +Berks Credit & Coll,    555 Van Reed Rd,   Wyomissing, PA 19610-1756
12155552       +Bon Secours,    PO Box 28538,   Henrico, VA 23228-8538
12155553       +Bon Secours Memorial Regional,    8260 Atlee Road,    Mechanicsville, VA 23116-1844
12155554       +Bon Secours Phys Prac,    Crossridge Peds,   7229 Forest Ave, Ste 110,     Richmond, VA 23226-3765
12155555       +Bon Secours Physicians Practic,    7001 Forest Ave.,    Richmond, VA 23230-1726
12155556       +Bon Secours Richmond Health,    PO Box 28538,    Henrico, VA 23228-8538
12155557       +Bon Secours Richmond Hlth Sys,    PO Box 28538,    Henrico, VA 23228-8538
12155558       +Bon Secours-Memorial Regional,    PO Box 843356,    Boston, MA 02284-3356
12155560       +Capital Recovery Service,    PO Box 1170,   Fairfax, VA 22038-1170
12155561       +Central Furniture Company, Inc,    3700 Mechanicsville Tnpk,    Richmond, VA 23223-1332
12155562       +Check’n’Go,    6856 Midlothian Turnpike,   Richmond, VA 23225-5630
12155563       +Comcast,    5401 Staples Mill Road,    Henrico, VA 23228-5443
12155565        Continental Emergency Services,    111 Bulifants Blvd,    Suite B,    Williamsburg, VA 23188-5711
12155568       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
12155573       +Eastern Account System Inc.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
12155578      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focus Recovery Solutions,      Attn: Bankruptcy,
                 9701 Metropolitan Court Ste B,    Richmond, VA 23236-0000)
12155575       +Fair Oaks Apartments,    400 Airport Court,    Henrico, VA 23075
12155579       +Fredericksburg Credit Bureau,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
12155580       +Friedmans Jewelers,    Attn: Bankruptcy Dept,    4095 Avenida De La Plata,
                 Ocean Side, CA 92056-5802
12155581       +Gold’s Gym,   8904 West Broad St,    Henrico, VA 23294-5826
12155582       +Golds Gym,    7368 Bell Creek Rd,    Mechanicsville, VA 23111-3545
12155583       +Gunst Properties LLC,    8545 Patterson Ave,    Suite 102,   Henrico, VA 23229-6455
12155584       +Hanover Anasthesia Group,    8260 Atlee Rd,    Mechanicsville, VA 23116-1844
12155585       +Hanover Anesthesia Group,    5855 Bremo Rd, Ste 100,    Richmond, VA 23226-1926
12155586       +Henry Briggs & Associates Inc.,    2912 W Moore St.,    Richmond, VA 23230-4530
12155587       +Hertz Rent-A-Car,    8021 W Broad St,   Henrico, VA 23294-4219
12155589       +Horizon Fin,    8585 Broadway #88,    Merrillville, IN 46410-5661
12155590       #Horizon Financial Management,    8585 S Broadway, Ste 880,    Merrillville, IN 46410-5661
12155593       +Kamco Svcs,    7138 Duffie Drive,    Williamsburg, VA 23185-5301
12155595       +Kool Smiles,    3824 Mechanicsville Turnpike,    Richmond, VA 23223-1114
12155594       +Kool Smiles,    1090 Northchase Pkwy SE,    Suite 290,   Marietta, GA 30067-6402
12155599        LCA Collections,    PO Box 2240,   Burlington, NC 27216-2240
12155596        LabCorp,    PO Box 2240,   Burlington, NC 27216-2240
12155597       +Laburnum Medical Center,    7229 Forest Ave,    Suite 110,   Richmond, VA 23226-3765
12155598       +Laburnum Medical Center,    7007 Harbour View Blvd,    Suite 108,    Suffolk, VA 23435-2719
12155600       +Lee Davis Pediatrics,    7229 Forest Ave,    Suite 110,   Richmond, VA 23226-3765
12155601       +Memorial Regional Medical Cent,    8260 Atlee Road,    Mechanicsville, VA 23116-1844
12155603        Monument Pathologists,    PO Box 5468,    Martinsville, VA 24115-5468
12155605       +Nancy Armstrong, MD,    7603 Forest Ave #403,    Henrico, VA 23229-4944
12155606       +National Credit Adjusters,    PO Box 3023,    327 W 4th St,   Hutchinson, KS 67501-4842
12155609       +Northland Group, Inc.,    PO Box 390846,    Mail Code SHT34,    Minneapolis, MN 55439-0846
12155610        OB-GYN Associates,    7601 Forest Ave, Ste 228,    Henrico, VA 23229-4933
12155614        PMAB LLC,    PO Box 12150,   Charlotte, NC 28220-2150
12155611       +Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
12155612        Patient First,    3500 Cox Road, Suite 100,    Glen Allen, VA 23060-0000
12155615       +Pmab Srvc,    5970 Fairview Rd Ste 800,    Charlotte, NC 28210-0091
12155617       +Radiology Associates of Rchmnd,    2602 Buford Road,    Richmond, VA 23235-3422
12155621       +Results Unlimited Inc.,    attn: Accounting Dep’t,    244 Mustang Trail, Suite 8,
                 Virginia Beach, VA 23452-7510
12155623       +Richmond Eye Associates,    Dr. Harold Bernstein,    4600 Cox Rd, Ste 120,
                 Glen Allen, VA 23060-6708
12155622       +Richmond Eye Associates,    Dr. Malcolm Magovern,    4600 Cox Rd, Ste 120,
                 Glen Allen, VA 23060-6708
12155625       +Schettine & Nguyen, PLC,    10 South 23rd Street,    Richmond, VA 23223-7814
12155627       +Systems & Services Technology,    4315 Pickett Rd,    PO Box 3999,    Saint Joseph, MO 64503-0999
12155629       +The Park on Candler,    2571 Candler Road,    Decatur, GA 30032-6503
12155631       +Tuckahoe Orthopaedic Associate,    PO Box 71690,    Henrico, VA 23255-1690
12155632        United Consumers,    PO Box 4466,    Woodbridge, VA 22194-4466
```

```
District/off: 0422-7                User: mullert              Page 2 of 3                   Date Rcvd: Jan 06, 2014
                                    Form ID: B9I               Total Noticed: 96


12155633       VCU Health System -- MCV Hosp.,   Set-off Debt Section,   PO Box 980462,
                 Richmond, VA 23298-0462
12155635      +W Baxter Perkinson,   1612 Huguenot Rd,   Midlothian, VA 23113-2427
12155636       West End Orthopaedic Clinic,   PO Box 35725,   Richmond, VA 23235-0725
12155637     #+Wilber Law Firm,   PO Box 2155,   Bloomington, IL 61702-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: fellows.jl@gmail.com Jan 07 2014 01:53:44      Jessica L. Fellows,
                 America Law Group Inc.,   2800 N. Parham Road,   Suite 100,   Henrico, VA 23294
tr            +E-mail/Text: station01@richchap13.com Jan 07 2014 01:54:15      Carl M. Bates,   P. O. Box 1819,
                 Richmond, VA 23218-1819
12155541       EDI: AFNIRECOVERY.COM Jan 07 2014 02:03:00     Afni Inc,   1310 Martin Luther King Dr.,
                 PO Box 3517,   Bloomington, IL 61702-3517
12155542       EDI: AFNIRECOVERY.COM Jan 07 2014 02:03:00     Afni, Inc.,   404 Brock Dr.,   PO Box 3427,
                 Bloomington, IL 61702-3427
12155544      +EDI: ALLIEDCASH.COM Jan 07 2014 02:03:00     Allied Cash Advance,   71 S Airport Dr. Unit 2,
                 Henrico, VA 23075-2013
12155551      +E-mail/Text: banko@berkscredit.com Jan 07 2014 01:54:06      Berks Credit and Collection,
                 PO Box 329,   Temple, PA 19560-0329
12155559      +EDI: CAPITALONE.COM Jan 07 2014 02:03:00     Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
12155564       E-mail/Text: crbankruptcy@commrad.com Jan 07 2014 01:54:38      Commonwealth Radiology, PC,
                 1508 Willow Lawn Drive,   Suite 117,   Richmond, VA 23230-3421
12155566      +EDI: CONVERGENT.COM Jan 07 2014 02:03:00     Convergent Outsourcing,   10750 Hammerly Blvd #200,
                 Houston, TX 77043-2317
12155567      +EDI: CONVERGENT.COM Jan 07 2014 02:03:00     Convergent Outsourcing Inc,   800 SW 39th St,
                 PO Box 9004,   Renton, WA 98057-9004
12155571      +EDI: CCS.COM Jan 07 2014 02:03:00     Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
12155572       EDI: DIRECTV.COM Jan 07 2014 02:03:00     DirectTV,   attn: Bankruptcy Claims,   PO Box 6550,
                 Englewood, CO 80155-6550
12155574      +EDI: CONVERGENT.COM Jan 07 2014 02:03:00     ER Solutions,   Convergent Outsourcing Inc.,
                 PO Box 9004,   Renton, WA 98057-9004
12155577      +EDI: AMINFOFP.COM Jan 07 2014 02:03:00     First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
12155592       EDI: IRS.COM Jan 07 2014 02:03:00     Internal Revenue Service,   400 N. 8th Street Box 76,
                 Stop Room #98,   Richmond, VA 23219-0000
12155591       EDI: IRS.COM Jan 07 2014 02:03:00     Internal Revenue Service,   Insolvency Unit,   PO Box 7346,
                 Philadelphia, PA 19101-7346
12155602       E-mail/Text: mmrgbk@miramedrg.com Jan 07 2014 01:54:23      MiraMed Revenue Group,
                 991 Oak Creek Dr.,   Lombard, IL 60148-6408
12155607      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 07 2014 01:54:29      NCO Financial Systems,
                 507 Prudential Road,   Horsham, PA 19044-2368
12155608      +E-mail/Text: skakalis@nicfn.com Jan 07 2014 01:54:15      Nicholas Financial Inc,
                 2454 Mcmullen Booth Road,   Clearwater, FL 33759-1343
12155616      +E-mail/Text: autumn.bushman@progfinance.com Jan 07 2014 01:54:25      Progressive Finance,
                 11629 South 700 East,   Suite 250,   Draper, UT 84020-8399
12155618      +E-mail/Text: colleen.atkinson@rmscollect.com Jan 07 2014 01:54:43      Receivable Management,
                 PO Box 17305,   Richmond, VA 23226-7305
12155619      +E-mail/Text: colleen.atkinson@rmscollect.com Jan 07 2014 01:54:43
                 Receivables Management System,   PO Box 8630,   Richmond, VA 23226-0630
12155620       E-mail/Text: colleen.atkinson@rmscollect.com Jan 07 2014 01:54:43
                 Receivables Management System,   7206 Hull Street,   Suite 211,   Richmond, VA 23235-5826
12155626       EDI: NEXTEL.COM Jan 07 2014 02:03:00     Sprint,   Attn: Bankruptcy Dept,   4900 W. 95th Street,
                 Oak Lawn, IL 60453-0000
12155624      +EDI: DRIV.COM Jan 07 2014 02:03:00     Santander Consumer Usa,   Po Box 961245,
                 Ft Worth, TX 76161-0244
12155628      +EDI: AISTMBL.COM Jan 07 2014 02:03:00     T-Mobile Bankruptcy Team,   PO Box 53410,
                 Bellevue, WA 98015-3410
12155630      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 07 2014 01:54:29      Transworld Systems Inc,
                 507 Prudential Rd,   Horsham, PA 19044-2308
12155634      +EDI: AFNIVERIZONE.COM Jan 07 2014 02:03:00     Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12155604*     +Monument Pathologists,   PO Box 5468,   Martinsville, VA 24115-5468
12155570     ##+Credit Adjustment Board,   306 East Grace St.,   Richmond, VA 23219-1795
12155569     ##+Credit Adjustment Board,   re:  West End Anesthesia Group,   306 East Grace St.,
                 Richmond, VA 23219-1795
12155576     ##+First Credit Services,   One Woodbridge Cntr, Ste 410,   Woodbridge, NJ 07095-1151
12155588     ##+Home Decor Liquidations,   4909 West Marshall,   Richmond, VA 23230-3124
12155613     ##+Pmab Llc,   5970 Fairview Rd Ste 800,   Charlotte, NC 28210-0091
                                                                                    TOTALS: 0, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0422-7            User: mullert              Page 3 of 3                  Date Rcvd: Jan 06, 2014
                                Form ID: B9I               Total Noticed: 96
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2014 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Jessica L. Fellows    on behalf of Debtor Calvin Darnell Green fellows.jl@gmail.com,
               thedebtlawgroupmail@gmail.com;sherricwilmoth@gmail.com;2debtlawgroup@gmail.com
              Jessica L. Fellows    on behalf of Joint Debtor Kyona Jamillah Green fellows.jl@gmail.com,
               thedebtlawgroupmail@gmail.com;sherricwilmoth@gmail.com;2debtlawgroup@gmail.com
                                                                                             TOTAL: 3